BAKER, Administrator, Appellant, vs. GREVE and others, Respondents.

For the appellant: *L. P. Fox* of Chilton.
For the respondents: *George M. Goggins* of Chilton.
*By the Court.*—Judgment affirmed.

*January 7, 1930.*

FRIEDMAN MANUFACTURING COMPANY, Respondent, vs. C. J. KREMER, as Dairy and Food Commissioner, Appellant.

For the appellant: *John W. Reynolds,* attorney general, and *Suel O. Arnold,* assistant attorney general.
For the respondent: *Richmond, Jackman, Wilkie & Toebaas* of Madison.
*By the Court.*—Judgment affirmed.

GILL, Respondent, vs. JANZ (*née* GILL) and others, Appellants.

For the appellants: *J. Elmer Lehr* of Milwaukee.
For the respondent: *Churchill, Bennett & Churchill* of Milwaukee.
*By the Court.*—Judgment affirmed.